Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−32754−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Maria Rubino
　132 Francisco Ave
　Rutherford, NJ 07070

Social Security No.:
　xxx−xx−0983

Employer's Tax I.D. No.:

**FINAL DECREE**

　　The estate of the above named debtor(s) has been fully administered.

　　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　　ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 25, 2019</u>　　　　　　　<u>Rosemary Gambardella</u>
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court